UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>v.<br><br>CHRISTOPHER PACHECO DUARTE (1);<br>JOSE LUIS PEREZ-HERNANDEZ (2),<br><br>                           Defendants. | Case No.:  25-cr-3168-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

      On September 2, 2025, the parties filed Joint Motions to Continue the Motion Hearing/Trial Setting currently set for September 5, 2025 to October 17, 2025.  For good cause appearing, the Court GRANTS the joint motions to continue [Dkt. 44, 47] and sets the Motion Hearing/Trial Setting on October 17, 2025 at 1:30 p.m.

      For the reasons set forth in the joint motions, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

25-cr-3168-JO

Further, on August 29, 2025, Defendant Jose Luis Perez-Hernandez filed a pretrial motion that remains pending. Accordingly, the Court finds that time from August 29, 2025 to October 17, 2025 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is also excluded as to the co-Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 9/3/2025

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE